7/22/2016 fdmail1a.fd.org/mail/nys/cgreene.nsf/(%24Inbox)/045A84E25A5715535D1ABEC5B9300450/?OpenDocument&Form=h_PrintUI&PresetFields=s_NotesFor…

Case 1:15-cr-00287-LTS Document 139-2 Filed 07/22/16 Page 1 of 2

| | |
|---|---|
| **From:** | Jillian Berman <jberman@levinelee.com> |
| **To:** | Christopher Greene <Christopher_Greene@fd.org> |
| **Cc:** | Martin Cohen <Martin_Cohen@fd.org>, Mark Gombiner <Mark_Gombiner@fd.org>, Seth Levine <slevine@levinelee.com>, "Christos G. Papapetrou" <cpapapetrou@levinelee.com> |

| | |
|---|---|
| **Date:** | Thursday, July 21, 2016 05:26PM |
| **Subject:** | RE: U.S. v. Stewart |
| **History:** | ➥ This message has been forwarded. |

We will accept service of the subpoenas.

Mr. Stewart will assert his rights with respect to both subpoenas. As such, further action with respect to the subpoenas is unnecessary. Further, we note that the document subpoena is both invalid and otherwise objectionable.

Mr. Stewart fully reserves all of his rights.

LEVINE LEE LLP
NEW YORK

Jillian B. Berman | Levine Lee LLP
666 Fifth Avenue

New York, New York 10103

212 223 4400 main

212 257 4034 direct
646 708 1742 mobile

jberman@levinelee.com
www.levinelee.com

**From:** Christopher Greene [mailto:Christopher_Greene@fd.org]
**Sent:** Wednesday, July 20, 2016 4:45 PM
**To:** Jillian Berman
**Cc:** Martin Cohen; Mark Gombiner
**Subject:** U.S. v. Stewart

7/22/2016 fdmail1a.fd.org/mail/nys/cgreene.nsf/(%24Inbox)/045A84E25A5715535D1ABEC5B9300450/?OpenDocument&Form=h_PrintUI&PresetFields=s_NotesFor…

Case 1:15-cr-00287-LTS Document 139-2 Filed 07/22/16 Page 2 of 2

Jillian,

Attached are subpoenas for Robert Stewart's testimony and certain documents in his possession. Please let us know if you accept service on his behalf.

Regards,

Christopher B. Greene
Assistant Federal Defender
Federal Defenders of New York, Inc.
52 Duane Street, 10th Floor, New York, NY 10007
Tel: (212) 417-8727