**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 22, 2016

**BY HAND & ECF**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

    Re:   *United States* **v.** *Sean Stewart*,
              S1 15 Cr. 287 (LTS)

Dear Judge Swain:

      The Government has conferred with defense counsel regarding the recordings between Richard Cunniffe and Robert Stewart dated April 16, 2015 and May 4, 2015.  The defendant does not agree to refrain from using these recordings.  Accordingly, the Government will offer the relevant portions into evidence in its case in chief.  The defense has reported that it will oppose their admission in the Government's case.

                                              Respectfully submitted,

                                              PREET BHARARA
                                              United States Attorney

                                   by: __/s/_____
                                      Sarah Eddy McCallum/Brooke E. Cucinella
                                      Assistant United States Attorneys
                                      (212) 637-1033/2477

cc (by email):  Mark Gombiner, Esq.
                  Martin Cohen, Esq.