5/14/2015

SS proud of the fact that he was doing deals

Kadde - SS had heard of company before
    RS knew SS was working on the deal
    RS knew he traded on confidential information from SS

RS mentioned Kadde to Mark Bosche - titan
        "company is in play"

RS gave RC information - he traded on it.
    RS and RC talked about expiration dates w/ options

RS didn't want to buy options/stock in his own name
    didn't want people asking about his trading
    wanted to keep SS out of it - was worried

RS/SS talked about trading after FINRA letter.

SS told RS companies and specifics of deal
    RS told RC

RS asked Sean for updates on deals because he knew
    he was invested in the stocks

RS took advantage of what he SS was doing.

RS gave confirmation to RC on deals

RC told RS what his share of profits were.
RS thought he would do a little bit and make it ok

$50K investment in SANACO w/s proceeds from cure fusion deal
+ another $40-50K in cash payments maybe more.
Mark Bisdu invested in Kendle.

"served it up on a silver platter". SS was drinking that day.
SS: "if you had invested you would have made millions"

Financial pressure on RS reason he traded.
RS terrible businessman

SS thinks his parents have much more money than they do
raised kids, paid for college, worked two jobs

Kendle proceeds used to pay for SS's wedding
what his wife thought they should have

RS did not help pay for divorce
RS borrowed money from SS to invest in SANACO - cinnabons
$30-75k
paid him back

small CPA company
did not get paid by Peter Sicilian

most of money to keep RS afloat in last few years came from mother's estate.

RS now deposit last payment from RC into bank.

RC wrote 2-3 checks to RS — deposited those into bank.

after
FINRA deal — SS surprised and angry at RS and also nervous

SS relationship of RS not good when SS was drinking better now