# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

SOUTHERN _____ District of _____ NEW YORK _____

DOC #: _____
DATE FILED: FEB 2 2 2017

---

UNITED STATES OF AMERICA

- v -

Sean Stewart,          Defendant.

Docket Number _____ 15 Cr. 287 (LTS)

Honorable Laura Taylor Swain
_____
(District Court Judge)

Notice is hereby given that **the defendant, Sean Stewart**
appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓]: order [___]: other [___]: _____
                                                    (specify)

entered in this action on _____ 02/17/17 _____.
                                    (date)

Offense occurred after November 1, 1987     Yes [✓]     No [___]

The appeal concerns:   conviction only [___]:   sentence only [___]:   conviction and sentence [✓].

Date: _____ **February 22, 2017** _____

TO:
Sarah Eddy, Esq.
U.S. Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York NY 10007

Barry Leiwant, Esq.
_____
(Counsel for Appellant)

Address: Federal Defenders of New York, Inc.

52 Duane Street - 10th Flor

New York NY 10007

Telephone Number (212) 417-8700

ADD ADDTIONAL PAGE IF NECESSARY

| (TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| **➤QUESTIONNAIRE** | **➤TRANSCRIPT ORDER** | **➤** DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |

[✓] I am ordering a transcript
[___] I am not ordering a transcript
Reason:
[___] Daily copy is available
[___] U.S. Attorney has placed order
[___] Other  Attach explanation

Prepare transcript of
[___] Pre-trial proceedings _____
[✓] Trial            08/17/16
[✓] Sentence         02/17/17
[___] Post-trial proceedings_____

Dates

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript.
(FRAP 10(b)) ➤ Method of payment [___] Funds [___] CJA Form 24

ATTORNEY'S signature          **Martin S. Cohen, Attorney**

*Martin S. Cohen*

DATE     **February 22, 2017**

---

**➤ COURT REPORTER ACKNOWLEDGMENT**

To be completed by Court Reporter and forward to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____     Signature _____
                                                    (Court Reporter)

COPY I - ORIGINAL