

RICHARDS KIBBE & ORBE LLP

August 3, 2017

Alex Solomon
D 212.530.1851
F 917.344.8851
asolomon@rkollp.com

<u>VIA ECF</u>

The Honorable Laura Taylor Swain
United States District Judge for the
   Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

     Re:   *United States v. Sean Stewart*, No. 15 Cr. 287 (LTS)

Dear Judge Swain:

     We are counsel for Interested Parties JP Morgan Chase & Co. and J.P. Morgan Securities LLC (collectively, the "JP Morgan Entities") in connection with the above-captioned matter. I write to inform the Court that I am leaving Richards Kibbe & Orbe LLP, as of Friday, August 4, 2017. My colleague Maria E. Lapetina will continue to represent the JP Morgan Entities in the instant matter. Ms. Lapetina's contact information is as follows:

          Maria E. Lapetina
          Richards Kibbe & Orbe LLP
          200 Liberty Street
          New York, NY 10281
          Email: mlapetina@rkollp.com
          Tel: 212.530.1800
          Fax: 212.530.1801

          Respectfully submitted,

          Alex Solomon

cc:  All Counsel of Record (via ECF)

200 Liberty Street
New York, New York 10281-1003

New York   Washington   London   WWW.RKOLLP.COM