
RICHARDS KIBBE & ORBE LLP

**MEMO ENDORSED**

August 3, 2017

Alex Solomon
D 212.530.1851
F 917.344.8851
asolomon@rkollp.com

VIA ECF

The Honorable Laura Taylor Swain
United States District Judge for the
  Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-14-2017

Re:  *United States v. Sean Stewart*, No. 15 Cr. 287 (LTS)

Dear Judge Swain:

We are counsel for Interested Parties JP Morgan Chase & Co. and J.P. Morgan Securities LLC (collectively, the "JP Morgan Entities") in connection with the above-captioned matter. I write to inform the Court that I am leaving Richards Kibbe & Orbe LLP, as of Friday, August 4, 2017. My colleague Maria E. Lapetina will continue to represent the JP Morgan Entities in the instant matter. Ms. Lapetina's contact information is as follows:

> Maria E. Lapetina
> Richards Kibbe & Orbe LLP
> 200 Liberty Street
> New York, NY 10281
> Email: mlapetina@rkollp.com
> Tel: 212.530.1800
> Fax: 212.530.1801

Respectfully submitted,

Alex Solomon

The Clerk of Court is requested to update the docket accordingly.

cc: All Counsel of Record (via ECF)

SO ORDERED:

/s/ 8/14/17
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE