UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

N.Y.S.D. Case #
15-cr-0287-2(LTS)

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at 40 Foley Square, in the City of New York, on the 26th day of June, two thousand eighteen.

Present: Robert A. Katzmann,
    *Chief Judge*,
  Pierre N. Leval,
    *Circuit Judge*,
  Richard M. Berman,
    *District Judge*.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 26, 2018

UNITED STATES OF AMERICA,

    *Appellee*,

    v.

SEAN STEWART,

    *Defendant-Appellant*,

RICHARD CUNNIFFE, ROBERT STEWART, aka Bob,

    *Defendants*.

**ORDER**

No. 17-593

    Upon due consideration, it is hereby **ORDERED, ADJUDGED AND DECREED** that, pursuant to 18 U.S.C. § 3143(b), the district court is instructed to order that Sean Stewart be released pending the resolution of this appeal (or further order of this court) upon the same terms and conditions under which the defendant was released pending sentencing and surrender to the Bureau of Prisons. The district court is further authorized by this order to entertain and rule on any subsequent motions to modify the conditions of said release. An opinion shall follow in due course addressing the merits of the appeal.

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, CLERK

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

*/s/ Catherine O'Hagan Wolfe*

*/s/ Catherine O'Hagan Wolfe*

---

* Judge Richard M. Berman, United States District Court for the Southern District of New York, sitting by designation.

CERTIFIED COPY ISSUED ON 06/26/2018