UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                           No. 15 CR 287-LTS

SEAN STEWART,

        Defendant.

-------------------------------------------------------x

ORDER

Following his conviction for conspiracy to commit securities fraud and tender offer fraud, Defendant Sean Stewart was sentenced principally to 36 months of imprisonment and judgment was entered on February 24, 2017. (Judgment, Docket Entry No. 237.) Defendant filed a notice of appeal on February 22, 2017. (Docket Entry No. 238.) On June 26, 2018, the United States Court of Appeals for the Second Circuit ordered that the district court release Defendant pending the resolution of his appeal pursuant to 18 U.S.C. § 3143(b), subject to the same conditions upon which he had been released prior to his post-sentencing voluntary surrender and authorized the district court to entertain any subsequent motions for modification of the conditions of release. (Docket Entry No. 267.)

Accordingly, Defendant is hereby ordered to be released immediately, pending the disposition of the appeal or further order of the Second Circuit, subject to the following conditions, which were in effect before his surrender to the Bureau of Prisons on June 6, 2017:

1. A $1,000,000 Personal Recognizance Bond, secured by $250,000 worth of cash, property, or security, to be signed by Defendant and one financially responsible person. This condition must be met by July 6, 2018.

2. Defendant's travel is restricted to the Continental United States.

3. Defendant must surrender his passport and make no new applications.

4. Defendant is subject to pretrial supervision.

5. Defendant is subject to curfew, and may leave his residence without notifying Pretrial Services between the hours of 7:00 a.m. and 9:00 p.m.

6. Defendant must report to the Pretrial Services Office located in Room 550, 500 Pearl Street, New York, New York, within 48 hours of his release.

(Docket Entry Nos. 9, 94, 107; Minute Entry for Proceeding Held on January 1, 2016.) These conditions are subject to modification up on motion directed to this Court.

    SO ORDERED.

Dated: New York, New York
       June 27, 2018

   /s/ Laura Taylor Swain
   LAURA TAYLOR SWAIN
   United States District Judge