**Shapiro Arato LLP**

500 Fifth Avenue, 40th Floor
New York, NY 10110
tel: 212-257-4880
fax: 212-202-6417

www.shapiroarato.com

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

July 6, 2018

<u>VIA ECF</u>

Hon. Laura Taylor Swain
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    *United States v. Sean Stewart*, No. 1:15-cr-00287

Dear Judge Swain:

    My firm is appellate counsel for Sean Stewart in the above-captioned matter. On June 26, 2018, the Second Circuit directed this Court to order that Mr. Stewart be released pending the resolution of his appeal upon the same terms and conditions under which he was released pending sentencing and surrender to the Bureau of Prisons. (Dkt. 267). On June 27, 2018, this Court ordered Mr. Stewart released immediately, subject to the signing of a $1,000,000 Personal Recognizance Bond by no later than July 6, 2018. (Dkt. 268).

    It has come to our attention that Mr. Stewart's brother—the bond's co-signer—is out of town on vacation this week. He will not be available to sign the bond until next week. Accordingly, we respectfully request that the Court extend the July 6, 2018 deadline by one week to July 13, 2018. The Government consents to this request.

Hon. Laura Taylor Swain
July 6, 2018                                                                                                    Page 2

                                   Respectfully submitted,

                                   /s/ Alexandra A.E. Shapiro

                                   Alexandra A.E. Shapiro
                                   *Counsel for Appellant Sean Stewart*


cc:    Brooke Elizabeth Cucinella (via ECF)
        Sarah Kathleen Eddy (via ECF)
        Michael Ferrara (via ECF)