500 Fifth Avenue, 40th Floor
New York, NY 10110
tel: 212-257-4880
fax: 212-202-6417

www.shapiroarato.com

**Shapiro Arato LLP**

Alexandra A.E. Shapiro
ashapiro@shapiroarato.com
Direct: 212-257-4881

August 2, 2018

<u>VIA ECF</u>

Hon. Laura Taylor Swain
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:   *United States v. Sean Stewart*, No. 1:15-cr-00287

Dear Judge Swain:

    My firm is appellate counsel for Sean Stewart in the above-captioned matter. On June 27, 2018, this Court ordered Mr. Stewart released immediately, pending the disposition of his appeal, and subject to the conditions which were in effect before his surrender to the Bureau of Prisons on June 6, 2017, including a curfew from 9:00 p.m. to 7:00 a.m. (Dkt. 268). Mr. Stewart was released from prison on June 28, 2018 and continues to abide by those conditions.

    On July 20, 2018, my colleague spoke by phone with pretrial officer John Moscato. Mr. Moscato confirmed that pretrial services is not opposed to removing the curfew condition—including removal of the ankle monitor that Mr. Stewart is required to wear. Because Mr. Moscato is currently on vacation, the government has been unable to speak with him to confirm pretrial's position on this issue. However, based on my firm's representation regarding its conversation with Mr. Moscato, the government does not oppose removing the curfew and monitoring conditions. Accordingly, we respectfully request that the Court modify its June 27, 2018 order by removing the curfew and ankle monitoring requirements.

Hon. Laura Taylor Swain
August 2, 2018                                                                                                    Page 2

                                                      Respectfully submitted,

                                                     /s/ Alexandra A.E. Shapiro

                                                     Alexandra A.E. Shapiro
                                                     *Counsel for Appellant Sean Stewart*


cc:     Brooke Elizabeth Cucinella (via ECF)
       Sarah Kathleen Eddy (via ECF)
       Michael Ferrara (via ECF)