UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                                           :
                                           :
              - against -                  :    1:15-cr-00287-LTS
                                           :
                                           :    **NOTICE OF APPEARANCE**
                                           :
SEAN STEWART,                              :
                                           :
                       Defendant.          :
                                           :
------------------------------------------------------------------------x

        PLEASE TAKE NOTICE that Steven M. Witzel hereby enters his appearance in this action as counsel for defendant Sean Stewart.

Dated:  New York, New York
        January 4, 2019

        Respectfully submitted,

        FRIED, FRANK, HARRIS, SHRIVER
         & JACOBSON LLP

        By: /s/ Steven M. Witzel
           Steven M. Witzel
        One New York Plaza
        New York, New York 10004
        (212) 859-8000
        Steven.Witzel@friedfrank.com

        *Attorney for Defendant*
        *Sean Stewart*