**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x
UNITED STATES OF AMERICA,

          - against -                      1:15-cr-00287-LTS

                                  **NOTICE OF APPEARANCE**

SEAN STEWART,

                    Defendant.

------------------------------------------------------------------------x

        PLEASE TAKE NOTICE that Lawrence Gerschwer hereby enters his appearance in this action as counsel for defendant Sean Stewart.

Dated:  New York, New York
           January 4, 2019

                                            Respectfully submitted,

                                            FRIED, FRANK, HARRIS, SHRIVER
                                                & JACOBSON LLP

                                            By: <u>/s/ Lawrence Gerschwer</u>
                                                    Lawrence Gerschwer
                                            One New York Plaza
                                            New York, New York 10004
                                            (212) 859-8000
                                            Lawrence.Gerschwer@friedfrank.com

                                            *Attorney for Defendant*
                                            *Sean Stewart*