**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 6, 2019

**BY ECF**
Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States* **v.** *Sean Stewart*, S1 15 Cr. 287 (LTS)

Dear Judge Swain:

    The Government writes respectfully in advance of the pretrial conference in this case, scheduled for March 7, 2019, at 2:00 p.m. At the last conference, the Court indicated that it would set a firm trial date at the next conference, and also that it intended to set the case for trial this summer. Accordingly, the parties have conferred, and respectfully request that the Court set a firm trial date for August 5, 2019. The parties are available on that date, or thereafter as the Court may direct.

    Defense counsel also requests that the Court adjourn their pretrial motion deadline from April 1, 2019, to April 30, 2019, to permit a more complete review of discovery prior to the filing of motions. The Government has no objection to this request.

                               Respectfully submitted,

                               GEOFFREY S. BERMAN
                             United States Attorney

               by:   /s/
                      Richard Cooper / Samson Enzer
                      Assistant United States Attorneys
                      (212) 637-1027 / -2342

cc: Steven Witzel, Esq.
    Lawrence Gerschwer, Esq.