UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                             No. 15 CR 287-LTS

SEAN STEWART,

       Defendant.

-------------------------------------------------------x

<u>ORDER</u>

A pretrial conference is scheduled for **May 14, 2019**, at **2:30 p.m.** in **Courtroom 17C**.

SO ORDERED.

Dated: New York, New York
       May 1, 2019

                                                             /s/ Laura Taylor Swain
                                                           LAURA TAYLOR SWAIN
                                                           United States District Judge