```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :    15-CR-287 (JSR)
         -v-                        :
                                    :    ORDER
SEAN STEWART,                       :
                                    :
         Defendant.                 :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Pursuant to the in-court conference held on May 14, 2019, the Court hereby sets the following deadlines in this case: defense production of Federal Rule of Criminal Procedure 16(b) reciprocal discovery by June 17, 2019; written notification to the Court by June 17, 2019, of any intention by either side to call an expert witness (with a schedule for expert discovery to be set by the Court at that time if necessary); Federal Rule of Evidence 404(b) notice by July 12, 2019; motions in limine by July 26, 2019 and responses by August 9, 2019 (with no reply or oral argument unless otherwise advised); Government production of its trial exhibits by July 29, 2019 and defense production of its trial exhibits by August 26, 2019; requests to charge, proposed voir dire questions, and proposed verdict sheet by August 8, 2019, with any objections by August 15, 2019; 3500 and <u>Giglio</u> materials for Government witnesses by August 12, 2019; and 26.2 materials for defense witnesses by August 26, 2019.

SO ORDERED

Dated:
New York, NY
May 16, 2019

JED S. RAKOFF, U.S.D.J.

1