USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: 7-1-19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

SEAN STEWART,

Defendant.

Case No. 15 Cr. 287 (JSR)

**MOTION FOR WITHDRAWAL OF APPEARANCE OF MARIA E. LAPETINA**

Pursuant to Local Criminal Rule 1.2 and Local Civil Rule 1.4, interested parties JP Morgan Chase & Co. and J.P. Morgan Securities LLC, by and through their undersigned counsel, respectfully request the withdrawal of appearance entered by Maria E. Lapetina (Dkt. No. 253) as counsel for JP Morgan Chase & Co. and J.P. Morgan Securities LLC. Ms. Lapetina is no longer with the law firm of Richards Kibbe & Orbe LLP.

Interested parties JP Morgan Chase & Co. and J.P. Morgan Securities LLC will continue to be represented in the above-captioned action by Lee S. Richards and Jacob Taber of the law firm of Richards Kibbe & Orbe LLP.

In accordance with Local Civil Rule 1.4, this Motion will be served upon JP Morgan Chase & Co. and J.P. Morgan Securities LLC and the parties in this matter.

Dated: New York, New York
June 24, 2019

        RICHARDS KIBBE & ORBE LLP

By: /s/ Lee S. Richards
(*lrichards@rkollp.com*)
200 Liberty Street
New York, NY 10281-1003
Telephone: 212.530.1800
Facsimile: 212.530.1801

*Attorneys for Interested Parties JP Morgan Chase & Co. and J.P. Morgan Securities LLC*

SO ORDERED:
June 27 2019

_____
THE HONORABLE JED S. RAKOFF
UNITED STATES DISTRICT JUDGE