UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            - against -<br><br>SEAN STEWART,<br>                        Defendant. | 1:15-cr-00287-JSR<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and Declaration of Steven M. Witzel, dated July 26, 2019 with attached exhibits, Defendant Sean Stewart hereby moves *in limine*, by and through his undersigned counsel, for an Order precluding the government, pursuant to Federal Rule of Evidence 403, from introducing certain emails between Sean Stewart and Ryan Stewart.

Per the Court's May 16, 2019 Order, the government has until August 9, 2019 to respond to this motion.

DATED:  New York, New York
        July 26, 2019

FRIED, FRANK, HARRIS, SHRIVER
   & JACOBSON LLP

By:        */s/ Steven M. Witzel*
              Steven M. Witzel

Steven M. Witzel
Lawrence Gerschwer
R. David Gallo
Leigh G. Rome
One New York Plaza
New York, New York 10004-1980
(212) 859-8000
steven.witzel@friedfrank.com

*Attorneys for Defendant Sean Stewart*