UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

SEAN STEWART,

                Defendant.

1:15-cr-00287-JSR

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and Declaration of Steven M. Witzel, dated July 26, 2019 with attached exhibits, Defendant Sean Stewart hereby moves *in limine*, by and through his undersigned counsel, for an Order precluding the Government from introducing Robert Stewart's double hearsay statement.

Per the Court's May 16, 2019 Order, the government has until August 9, 2019 to respond to this motion.

Dated:   New York, New York
           July 26, 2019

FRIED, FRANK, HARRIS, SHRIVER
  & JACOBSON LLP

By:     */s/ Steven M. Witzel*
          Steven M. Witzel

Steven M. Witzel
Lawrence Gerschwer
R. David Gallo
Leigh G. Rome
One New York Plaza
New York, New York 10004-1980
(212) 859-8000
steven.witzel@friedfrank.com

*Attorneys for Defendant Sean Stewart*