UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- against -

SEAN STEWART,

Defendant.

1:15-cr-00287-JSR

**DECLARATION OF STEVEN M. WITZEL IN SUPPORT OF DEFENDANT'S OPPOSITION TO THE GOVERNMENT'S MOTION *IN LIMINE* TO PRECLUDE CERTAIN EXPERT TESTIMONY**

Steven M. Witzel declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a member of the law firm of Fried, Frank, Harris, Shriver & Jacobson LLP and counsel of record for Defendant Sean Stewart in the above-captioned action.  I respectfully submit this declaration in support of Mr. Stewart's opposition to the government's motion *in limine* to preclude certain expert testimony.

2.      Attached hereto as **Exhibit A** are true and correct copies of excerpts of the August 8, 2016 trial transcript in *United States v. Sean Stewart*, No. 15-cr-00287 (S.D.N.Y.).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 29, 2019 in New York, New York.

*/s/ Steven M. Witzel*
Steven M. Witzel
steven.witzel@friedfrank.com