UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA          :

      -v.-                       :     S1 15-cr-287 (JSR)

SEAN STEWART,                     :

      Defendant.                 :

------------------------------x

Jed S. Rakoff, U.S.D.J.:

# JURY VERDICT

**Count 1: Conspiracy to Commit Securities Fraud and/or Tender Offer Fraud**

On Count One, the charge of conspiring to commit securities fraud and/or tender offer fraud, we the jury find the defendant:

    Guilty ✓      Not Guilty ____

**Count 2: Conspiracy to Commit Wire Fraud**

On Count Two, the charge of conspiring to commit wire fraud, we the jury find the defendant:

    Guilty ✓      Not Guilty ____

**Count 3: Securities Fraud (R. Stewart's Kendle Transactions)**

On Count Three, the charge of securities fraud with respect to Robert Stewart's transactions in Kendle securities, we the jury find the defendant:

    Guilty ✓      Not Guilty ____

1

**Count 4: Securities Fraud (R. Stewart's KCI Transactions)**

On Count Four, the charge of securities fraud with respect to Robert Stewart's transactions in KCI securities, we the jury find the defendant:

Guilty ✓      Not Guilty _____

**Count 5: Securities Fraud (R. Cunniffe's KCI Transactions)**

On Count Five, the charge of securities fraud with respect to Richard Cunniffe's transactions in KCI securities, we the jury find the defendant:

Guilty ✓      Not Guilty _____

**Count 6: Securities Fraud (R. Cunniffe's Gen-Probe Transactions)**

On Count Six, the charge of securities fraud with respect to Richard Cunniffe's transactions in Gen-Probe securities, we the jury find the defendant:

Guilty ✓      Not Guilty _____

**Count 7: Securities Fraud (R. Cunniffe's Lincare Transactions)**

On Count Seven, the charge of securities fraud with respect to Richard Cunniffe's transactions in Lincare securities, we the jury find the defendant:

Guilty ✓      Not Guilty _____

**Count 8: Securities Fraud (R. Cunniffe's CareFusion Transactions)**

On Count Eight, the charge of securities fraud with respect to Richard Cunniffe's transactions in CareFusion securities, we the jury find the defendant:

Guilty ✓      Not Guilty _____

**Count 9: Securities Fraud in Connection with a Tender Offer (R. Cunniffe's Lincare Transactions)**

On Count Nine, the charge of securities fraud in connection with a tender offer with respect to Richard Cunniffe's transactions in Lincare securities, we the jury find the defendant:

Guilty ✓         Not Guilty _____

Date: 9/23/19

10:23 am

_Bonnie Huffield_

FOREPERSON

3