```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :     15-CR-287 (JSR)
        -v-                         :
                                    :     ORDER
SEAN STEWART,                       :
                                    :
        Defendant.                  :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

At the recommendation of the U.S. Probation Office, the defendant's deadline to voluntarily surrender himself to the U.S. Marshals at 500 Pearl Street in Manhattan is extended to 2:00 PM on Tuesday, January 28, 2020.

SO ORDERED

Dated:
   New York, NY
   January 13, 2020

_____
JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/20

1