```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :       15-CR-287 (JSR)
        -v-                         :
                                    :       ORDER
SEAN STEWART,                       :
                                    :
        Defendant.                  :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

The defendant's deadline to voluntarily surrender himself at the institution designated by the Bureau of Prisons is extended to 2:00 PM on Tuesday, February 11, 2020.

SO ORDERED

Dated:
    New York, NY
    January 29, 2020                  JED S. RAKOFF, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/31/26

1